UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| BRUNSWICK BOWLING AND BILLIARDS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>VIA BOWLING PRODUCTS, LLC,<br><br>    Defendant. | Civil Action No.: 3:04-CV-0514<br><br>Judge:<br>    Robert L. Miller, Jr.<br><br>Magistrate Judge:<br>    Christopher A. Nuechterlein |

## PLAINTIFF'S AMENDED COMPLAINT AND JURY DEMAND

Plaintiff Brunswick Bowling and Billiards Corporation ("Brunswick") files this Complaint and Jury Demand against Defendant VIA Bowling Products, LLC ("VIA") ("Defendant"), upon personal knowledge as to its own actions and upon information and belief as to all other matters.

I.

PARTIES

A.  **Plaintiff**

1.  Plaintiff Brunswick Bowling and Billiards Corporation ("Brunswick") is a Delaware corporation with its principal place of business located in Lake Forest, Illinois. Brunswick is also the owner of United States Patent Number Re. 35,778 and United States Design Patent Number D365,237.

**B.   Defendant**

2.   Defendant VIA Bowling Products, LLC is a Nevada limited liability company with its principal place of business at 3790 El Camino Real, Palo Alto, California 94306.

## II.

## JURISDICTION AND VENUE

3.   The Court has subject matter jurisdiction over this action based on 28 U.S.C. §§1331 and 1338 (a) and (b).

4.   Based on 28 U.S.C. §§ 1391 and 1400, venue is proper in this district because all or a substantial part of Plaintiff's causes of action accrued and/or arose in this district and because Defendant is subject to personal jurisdiction in this district.

5.   The Court has personal jurisdiction over Defendant because, *inter alia*, Defendant has committed one or more torts in Indiana, has purposefully directed tortious activity toward Indiana that has caused harm in Indiana, and has conducted business in Indiana, as set forth more fully herein.

## III.

## FACTUAL BACKGROUND

**A.   Brunswick obtained a patent on a new bowling lane system.**

6.   United States Patent Number Re. 35,778 ("the '778 patent") issued on April 28, 1998. The inventors listed on the '778 patent are Michael F. Stirling, Michael G. Gautraud, and William C. Murphy. Brunswick is the assignee of the '778 patent. A copy of the '778 patent is attached as Exhibit A.

7. The '778 patent is directed to a system for defining a bowling lane surface. The system includes a wood-looking laminate sheet having fasteners that extend through the sheet and can be hidden from the user.

**B.  Brunswick obtained a patent on a new bowling ball rack and table design.**

8. United States Design Patent Number D365,237 ("the '237 patent") issued on December 19, 1995 and is assigned to Brunswick. The inventors listed on the '237 patent are Michael F. Stirling and Michael J. Katje. A copy of the '237 patent is attached as Exhibit B.

9. The '237 patent encompasses an original ornamental design for a bowling ball rack and table.

**C.  VIA infringes Brunswick's bowling lane system patent.**

10. At least one bowling lane system offered for sale by VIA infringes Brunswick's '778 patent. Indeed, such bowling lane systems have been sold by VIA in the United States. Brunswick has information that at least one infringing installation is located within the Northern District of Indiana.

11. Defendant is actively engaged in selling products within the United States which infringe at least one claim of the '778 patent.

12. Defendant received actual notice of its infringement of the '778 patent at least as early as June 17, 2004.

13. Furthermore, the infringing products are advertised on Defendant's website, http://www.viabowling.com.

**D.  VIA infringes Brunswick's Design Patent.**

14. At least one bowling ball rack and table offered for sale by Defendant infringes Brunswick's '237 patent. A copy of relevant portions of Defendant's catalog, including an illustration of at least one of Defendant's infringing products, is attached as Exhibit C.

15. Defendant is actively engaged in selling infringing products within the United States which infringe the '237 patent.

IV.

## CLAIMS FOR RELIEF

**Count One: Patent Infringement – United States Patent Number Re. 35,778 - Violation of 35 U.S.C. § 271**

16. Brunswick repeats the preceding paragraphs.

17. Brunswick owns United States Patent Number Re. 35,778, including the right to sue for infringement.

18. Defendant is directly infringing, inducing infringement by others, and/or contributorily infringing at least one claim of United States Patent Number Re. 35,778 by making, using, offering to sell, or selling in the United States, or importing into the United States, products that infringe at least one claim of United States Patent Number Re. 35,778.

19. Brunswick has been damaged by Defendant's infringement and will suffer irreparable injury unless the Court enjoins Defendant from continuing its wrongful conduct.

20. Pursuant to 35 U.S.C. §§ 271, 281, and 284, Brunswick seeks an award of damages in an amount to be determined by the trier of fact.

21. Pursuant to 35 U.S.C. § 283, Brunswick also requests the Court to enjoin Defendant from continuing to infringe Brunswick's patents.

**Count Two: Patent Infringement – United States Design Patent Number D365,237 - Violation of 35 U.S.C. § 271**

22. Brunswick repeats the preceding paragraphs.

23. Brunswick owns United States Design Patent Number D365,237, including the right to sue for infringement.

24. Defendant is directly infringing, inducing infringement by others, and/or contributorily infringing United States Design Patent Number D365,237 by making, using, offering to sell, or selling in the United States, or importing into the United States, products that infringe Design Patent Number D365,237.

25. Brunswick has been damaged by Defendant's infringement and will suffer irreparable injury unless the Court enjoins Defendant from continuing its wrongful conduct.

26. Pursuant to 35 U.S.C. §§ 271, 281, 284, and 289, Brunswick seeks an award of damages and financial remedy in the amounts required by statute and as determined by the trier of fact.

27. Pursuant to 35 U.S.C. § 283, Brunswick also requests the Court to enjoin Defendant from continuing to infringe Brunswick's patent.

## V.

## JURY DEMAND

28. Brunswick hereby requests a jury trial on all issues and claims.

## VI.

## REQUEST FOR RELIEF

Plaintiff respectfully request that, upon final hearing, the Court enter judgment against Defendant, and award Plaintiff the following relief:

a. Temporary and permanent injunctive relief, both prohibitive and mandatory, enjoining Defendant, its agents, attorneys, successors and assigns, and all persons acting on its behalf or within its control, from making, using, selling, offering to sell, importing, or otherwise engaging in acts of infringement of the aforementioned patents, and requiring the return to Brunswick of all infringing equipment, all documents, designs, and models, and returning plans and the like which contain, evidence, or are based upon, in any way, Brunswick's patented technology;

b. Actual damages for infringement of Brunswick's patents, including at least the total profit, under 35 U.S.C. § 289, from the sale of products infringing United States Design Patent Number D365,327;

c. Treble damages under 35 U.S.C. § 284;

d. Declaratory relief that this is an exceptional case under 35 U.S.C. § 285, justifying an award to Brunswick of its attorney fees, costs, and expenses;

e. Actual damages, including compensatory and consequential damages;

f. Reasonable attorneys' fees;

g. Prejudgment and postjudgment interest at the highest rates authorized by law;

h. Costs of court; and

i. All other appropriate relief.


Dated: October 13, 2004

                Respectfully submitted,

                BRINKS HOFER GILSON & LIONE

                _____
                Attorneys for Plaintiff

                Lawrence A. Steward
                A. James Richardson
                One Indiana Square, Suite 1600
                Indianapolis, IN 46204
                Telephone: (312) 636-0886
                Fax: (312) 634-6701

                James R. Sobieraj
                Jason C. White
                Trevor K. Copeland
                Brinks Hofer Gilson & Lione
                NBC Tower - Suite 3600
                455 N. Cityfront Plaza Drive
                Chicago, IL 60611
                Telephone: (312) 321-4200
                Fax: (312) 321-4299